AO 240A

# UNITED STATES DISTRICT COURT

_____ District of New Jersey _____

| | |
|---|---|
| Plaintiff | ORDER ON APPLICATION |
| **AMINAH BEY** | TO PROCEED WITHOUT |
| V. | PREPAYMENT |
| **LODI MUNICIPAL POLICE** | |
| Defendant | Case Number: 11-358 (PGS) |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ **GRANTED**, and

☑ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _____ day of _April_____, 2011

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer